# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DARRYL . JONES,<br>    #1046733 | )<br>)<br>) |
| Plaintiff, | )   2:10-cv-01214-PMP-LRL |
| vs. | )<br>) |
| HOWARD SKOLNIK, *et al.*, | )   **ORDER**<br>) |
| Defendants. | )<br>) |

On July 21, 2010, plaintiff submitted his complaint pursuant to 42 U.S.C. § 1983. On August 2, 2010, the court issued an order consolidating this action with three other actions. The lead action is *Halverson v. Skolnik*, 2:10-cv-01132-PMP-LRL, and it has been consolidated with *Frixione v. Skolnik, et al.*, 2:10-cv-01235-PMP-LRL; *Jones v. Skolnik, et al.*, 2:10-cv-01214-PMP-LRL); and *Rea v. Skolnik, et al.*, 2:10-cv-01217-PMP-PAL.

The court has set a hearing regarding the motion for preliminary injunction in *Halverson v. Skolnik*, 2:10-cv-01132-PMP-LRL, for Friday, August 6, 2010. The plaintiff from each of the consolidated actions shall participate telephonically in the hearing.

Following a response and/or resolution of any emergency circumstances, normal

1  procedures pursuant to 28 U.S.C. § 1915(e)(2) will resume in this action.

2  **IT IS THEREFORE ORDERED** that counsel for defendants **SHALL ARRANGE** for plaintiff's telephonic presence at the hearing in *Halverson v. Skolnik*, 2:10-cv-01132-PMP-LRL, on **Friday, August 6, 2010 at 8:30 a.m.**  Once counsel for defendants has plaintiff on the telephone line she shall then call the court at tel.: 702/464-5598 to initiate the hearing.

DATED this ___ 2nd day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE